FILED

2004 Dec-06  PM 03:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| RENEA BRADFORD, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 04-J-0966-NE |
| GENERAL ELECTRIC COMPANY, INC., | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER OF DISMISSAL

The parties having filed a joint stipulation for dismissal (doc. 13), and the court having considered the same and the court being of the opinion that this case should be dismissed;

It is therefore **ORDERED** by the court that this action be and hereby is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

**DONE** and **ORDERED** this 6th day of December, 2004.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE